CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 2 7 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 7:16-cr-30026 |
| v. | ) |
| | ) |
| MICHAEL JONES, et al., | ) |
| | ) By: Michael F. Urbanski |
| Defendants. | ) United States District Judge |

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the court:

1. **GRANTS** Brown's motion to withdraw as counsel, ECF No. 231, and appoints Paul Beers as substitute counsel for Brown pursuant to 18 U.S.C. § 3006A(c);

2. **GRANTS** Brown's oral motion for a bill of particulars pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure, ECF No. 256, and **DIRECTS** the government to file a bill on or before April 15, 2017 identifying the evidence that supports venue in the Western District of Virginia for Counts Three through Eight of the indictment;

3. **DENIES as MOOT** Bumbry's first motion to sever, ECF No. 221;

4. **GRANTS** the government's motion to withdraw its response to Bumbry's first motion to sever, ECF No. 226;

5. **TAKES UNDER ADVISEMENT** Bumbry's amended motion to sever, ECF No. 227; and

6. **AMENDS** the Scheduling Order in this case to reflect that the government **SHALL** substantially complete all pretrial discovery by May 1, 2017.

It is so **ORDERED**.

Entered: 03-24-2017

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge